Argued May 17, affirmed May 17, 1971

STATE OF OREGON, *Respondent, v.* LARRY
RAY FERGUSON (No. 97909), *Appellant.*

484 P2d 1129

*David F. Lentz,* Eugene, argued the cause and filed
the brief for appellant.

*W. Michael Gillette,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

AFFIRMED FROM THE BENCH.